Argued and submitted April 11, reversed and remanded October 5, 1994

In the Matter of Gary Maynard,
Alleged to be a Mentally Ill Person,

STATE OF OREGON,
*Respondent,*

*v.*

Gary MAYNARD,
*Appellant.*

(9304-95901; CA A79539)

882 P2d 624

Paul L. Breed argued the cause and filed the brief for appellant.

Harrison Latto, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and Riggs and Haselton, Judges.

PER CURIAM

Reversed and remanded. *State v. Allison*, 129 Or App 47, 877 P2d 660 (1994).